UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| **ANTHONY T.C. MACHIAVELLI,** | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | No. 1:12-cv-00200-GZS |
| **PATRICIA BARNHART,** | ) ) ) | |
| Defendant | ) ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 17, 2012, her Recommended Decision (ECF No. 16). Plaintiff filed his Objection to the Recommended Decision (ECF No. 18) on November 1, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Plaintiff's Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED**.

3. It is also hereby **ORDERED** that no certificate of appealability shall issue in the event Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right as contemplated by 28 U.S.C. § 2253(c)(2).

/s/George Z. Singal_____
U.S. District Judge

Dated this 5th day of November 2012.